Case Name: KENNETH L. AND SANDRA L. KAYS
Case No:   07-71034

## CERTIFICATION OF REVIEW

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 09/17/07                    WILLIAM T. NEARY
                                    United States Trustee, Region 11

                                BY:    ____/s/_____
                                          Carole J. Ryczek
                                          Attorney for the U.S. Trustee