IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
KAYS, KENNETH L.
SANDRA L. KAYS

CASE NO. 07-71034 MB

Judge MANUEL BARBOSA

Debtor(s)

Social Security/Employer Tax ID Number: XXX-XX-9495; XXX-XX-2651

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
    At:  U.S. BANKRUPTCY COURT
         211 South Court Street, Room 115
         Rockford, IL 61101

    on: October 29, 2007
    at: 9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Stephen G. Balsley Trustee | $ 0.00 | $ 1,260.63 | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | $ 1,410.00 | |

4. The Trustee's Final Report shows total:

    a. Receipts                              $      5,106.25
    b. Disbursements                         $          0.00
    c. Net Cash Available for Distribution   $      5,106.25

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $2,435.62, to be distributed to the general unsecured

creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $19,290.67, resulting in an approximate distribution of 12.63% to unsecured creditors.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Respectfully submitted,

DATE: September 12, 2007

/s/Stephen G. Balsley
STEPHEN G. BALSLEY
6833 Stalter Drive
Rockford, IL 61108
815/962-6611

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: cshabez              Page 1 of 1         Date Rcvd: Sep 18, 2007
Case: 07-71034                Form ID: pdf002            Total Served: 11

The following entities were served by first class mail on Sep 20, 2007.
db           +Kenneth L Kays,    2825 Pearl Street Rd,    Belvidere, IL 61008-9254
jdb          +Sandra L Kays,    2825 Pearl Street Rd,    Belvidere, IL 61008-9254
aty          +Dennis P Drda,    Dennis Drda Attorney At Law,    7902 Conehill Circle,    Rockford, IL 61107-5301
tr           +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
11340707      Amcore Bank,    501 Seventh Street,    PO Box 1537,    Rockford, Illinois 61110-0037
11340708      American Express,    Box 0001,    Los Angeles, CA 90096-0001
11455178      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11340709      Capital One Bank,    PO Box 85012,    Richmond, VA 23285-5012
11466252      Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    PO Box 3978,    Seattle, WA 98124-3978
11340710      Chase Card Services,    PO Box 15298,    Wilmington, DE 19850-5298
11340616     +Hearing Aid Professionals,    3600 E. State Street,    Rockford, Illinois 61108-1978

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 20, 2007**          **Signature:**   _Joseph Speetjens_